UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

              v.              NH Miscellaneous Case No. 1:11-mc-21- PB

<u>Michael J. Lavoie</u>

### O R D E R

I herewith approve the [5] Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 20, 2011, no objection having been filed.

It is ordered that the taxpayer, Michael J. Lavoie, obey the summonses and that he appear on July 20, 2011, at 1:30 p.m., at the IRS office located at 80 Daniel Street, Portsmouth, NH 03802, before Revenue Officer J. L. Archer (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summonses of October 13, 2010.

It is further ordered that the government be awarded its costs.

SO ORDERED.

July 11, 2011                              /s/ Paul J. Barbadoro
                                                Paul J. Barbadoro
                                                United States District Judge

cc:    Gretchen Leah Witt, AUSA
        Michael J. Lavoie, pro se